IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEWIS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation, and DOES 1–100, inclusive,<br><br>    Defendants.<br>_____ / | No. C 05-02820 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

   This recently-removed action is almost one year old and presumably was nearing trial in state court at the time of the removal. The Court would like to set a discovery cut-off and trial date to match the state-court dates or otherwise set a schedule leading to a prompt trial. Please appear for a case management conference at **11:00 A.M. ON AUGUST 4, 2005**, and submit a joint case management statement at least **SEVEN DAYS PRIOR**. (This date is in lieu of any previously-set hearing date.) This conference and schedule shall be without prejudice to any timely-remand motion.

   **IT IS SO ORDERED.**

Dated: July 18, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE